UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FELICIA CROSS,<br><br>                      Plaintiff,<br><br>   v.<br><br>SEATTLE CANCER CARE ALLIANCE, a Washington nonprofit corporation,<br><br>                      Defendant. | Case No. 2:16-cv-00631-JLR<br><br>STIPULATION FOR ORDER OF DISMISSAL<br><br>NOTED ON MOTION CALENDAR:<br>April 25, 2017 |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, Felicia Cross, and Defendant, Seattle Cancer Care Alliance, through their undersigned counsel, that the above-captioned action, including all claims asserted therein, be dismissed in its entirety with prejudice and without an award of attorneys' fees, costs or expenses to any party.

//

//

//

//

//

//

//

STIPULATION FOR ORDER OF DISMISSAL\
Case No. 2:16-cv-00631-JLR - 1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51598508.1

| | | |
|---|---|---|
| 1 | DATED this 25th day of April, 2017 | |

<table>
<tr><td>FOSTER PEPPER PLLC</td><td>FULTON LAW PLLC</td></tr>
<tr><td><i>s/ Robert S. Mahler</i><br>Robert S. Mahler, WSBA #23913<br><i>s/ James J. Fredman</i><br>James J. Fredman, WSBA #30110<br><i>s/ Christopher G. Emch</i><br>Christopher G. Emch, WSBA #26457<br><i>s/ Alicia M. Feichtmeir</i><br>Alicia M. Feichtmeir, WSBA #41808<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: 206-447-4400<br>Fax: 206-447-9700<br>Email: bobmahler@foster.com<br>       jim.fredman@foster.com<br>       chris.emch@foster.com<br>       alicia.feichtmeir@foster.com<br><br><i>Attorneys for Defendant Seattle Cancer Care Alliance</i></td><td><i>s/ Robert Fulton</i><br>Robert Fulton, WSBA #29277<br>601 Union St., Ste. 4200<br>Seattle, WA 98101<br>Phone: 206-652-3260<br>Email: robert@fultonlawpllc.com<br><br>THE LAW OFFICE OF OSCAR E. DESPER, III<br><br><i>s/ Oscar E. Desper</i><br>Oscar E. Desper, WSBA #18012<br>601 Union St., Ste. 4200<br>Seattle, WA 98101<br>Phone: 206-652-3385<br>Email: odesper@mail.com<br><br><i>Attorneys for Plaintiff Felicia Cross</i></td></tr>
</table>

STIPULATION FOR ORDER OF DISMISSAL\
Case No. 2:16-cv-00631-JLR - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51598508.1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that on April 25, 2017, a true copy of the foregoing document was served |
| 3 | electronically upon the parties via CM/ECF, or as indicated, as follows: |

Robert Fulton, WSBA #29277　　　☐ via Hand Delivery
601 Union St., Ste. 4200　　　　　☐ via First Class Mail, postage prepaid
Seattle, WA 98101　　　　　　　　☐ via Facsimile
Phone: 206-652-3260　　　　　　☐ via E-mail
Email: robert@fultonlawpllc.com　☒ via Electronic Court Filing

*Attorneys for Plaintiff Felicia Cross*

Oscar E. Desper, WSBA #18012　　☐ via Hand Delivery
601 Union St., Ste. 4200　　　　　☐ via First Class Mail, postage prepaid
Seattle, WA 98101　　　　　　　　☐ via Facsimile
Phone: 206-652-3385　　　　　　☐ via E-mail
Email: odesper@mail.com　　　　☒ via Electronic Court Filing

*Attorneys for Plaintiff Felicia Cross*

　　　　　　　　　　*s/ Marci L. Brandt*
　　　　　　　　　　Marci L. Brandt, Legal Assistant

---

STIPULATION FOR ORDER OF DISMISSAL
Case No. 2:16-cv-00631-JLR - 3

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51598508.1