The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FELICIA CROSS,<br><br>                 Plaintiff,<br><br>v.<br><br>SEATTLE CANCER CARE ALLIANCE, a Washington nonprofit corporation,<br><br>                 Defendant. | Case No. 2:16-cv-00631-JLR<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>*Clerk's Action Required* |

The Court having reviewed the parties' Stipulation for Order of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, including all claims asserted therein, is dismissed in its entirety with prejudice and without an award of attorneys' fees, costs or expenses to any party.

IT IS SO ORDERED this 25th day of April, 2017.

_____
The Honorable James L. Robart
United States District Judge

[PROPOSED] ORDER OF DISMISSAL
Case No. 2:16-cv-00631-JLR - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

51598512.1

Presented By:

| | |
|---|---|
| FOSTER PEPPER PLLC | FULTON LAW PLLC |
| *s/ Robert S. Mahler* | *s/ Robert Fulton* |
| Robert S. Mahler, WSBA #23913 | Robert Fulton, WSBA #29277 |
| *s/ James J. Fredman* | 601 Union St., Ste. 4200 |
| James J. Fredman, WSBA #30110 | Seattle, WA 98101 |
| *s/ Christopher G. Emch* | Phone: 206-652-3260 |
| Christopher G. Emch, WSBA #26457 | Email: robert@fultonlawpllc.com |
| *s/ Alicia M. Feichtmeir* | |
| Alicia M. Feichtmeir, WSBA #41808 | |
| 1111 Third Avenue, Suite 3000 | THE LAW OFFICE OF OSCAR E. DESPER, III |
| Seattle, WA 98101 | |
| Phone: 206-447-4400 | *s/ Oscar E. Desper* |
| Fax: 206-447-9700 | Oscar E. Desper, WSBA #18012 |
| Email: bobmahler@foster.com | 601 Union St., Ste. 4200 |
| jim.fredman@foster.com | Seattle, WA 98101 |
| chris.emch@foster.com | Phone: 206-652-3385 |
| alicia.feichtmeir@foster.com | Email: odesper@mail.com |
| Attorneys for Defendant Seattle Cancer Care Alliance | Attorneys for Plaintiff Felicia Cross |

[PROPOSED] ORDER OF DISMISSAL
Case No. 2:16-cv-00631-JLR - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51598512.1

## CERTIFICATE OF SERVICE

I certify that on April 25, 2017, a true copy of the foregoing document was served electronically upon the parties via CM/ECF, or as indicated, as follows:

| | |
|---|---|
| Robert Fulton, WSBA #29277<br>601 Union St., Ste. 4200<br>Seattle, WA 98101<br>Phone: 206-652-3260<br>Email: robert@fultonlawpllc.com<br><br>*Attorneys for Plaintiff Felicia Cross* | ☐ via Hand Delivery<br>☐ via First Class Mail, postage prepaid<br>☐ via Facsimile<br>☐ via E-mail<br>☒ via Electronic Court Filing |
| Oscar E. Desper, WSBA #18012<br>601 Union St., Ste. 4200<br>Seattle, WA 98101<br>Phone: 206-652-3385<br>Email: odesper@mail.com<br><br>*Attorneys for Plaintiff Felicia Cross* | ☐ via Hand Delivery<br>☐ via First Class Mail, postage prepaid<br>☐ via Facsimile<br>☐ via E-mail<br>☒ via Electronic Court Filing |

*s/ Marci L. Brandt*
Marci L. Brandt, Legal Assistant

[PROPOSED] ORDER OF DISMISSAL
Case No. 2:16-cv-00631-JLR - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400  FAX (206) 447-9700

51598512.1